UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

JOHN DOES 1–50,

Defendants.

No. 2:19-cv-1445

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY

NOTE ON MOTION CALENDAR: September 10, 2019

This matter comes before the Court on Plaintiff Amazon.com, Inc.'s ("Amazon") Motion for Expedited Discovery Relating to Defendants' Identity. Having reviewed the complaint and the papers filed in connection with this matter, the Court finds good cause to grant Amazon leave to conduct expedited discovery as follows:

Amazon is granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas on the following companies solely for the purpose of obtaining account information that may help identify Defendants:

a) NameCheap, Inc. (a company through which Defendants registered domains as alleged in Amazon's Complaint);

b) Name.com, Inc. (a company through which Defendants registered domains as

[PROPOSED] ORDER GRANTING AMAZON'S MOTION
FOR EXPEDITED DISCOVERY — 1
(2:19-cv-1445)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

alleged in Amazon's Complaint);

    c)   NameSilo, LLC (a company through which Defendants registered domains as alleged in Amazon's Complaint);

    d)   BitAccel, LLC (a company that hosted Defendants' websites as alleged in Amazon's Complaint);

    e)   GoDaddy.com, LLC (a company through which Defendants registered domains as alleged in Amazon's Complaint);

    f)   DedicatedNow, Inc. (a company that hosted Defendants' websites as alleged in Amazon's Complaint)

    g)   Rackspace, Inc. (a company that hosted Defendants' website as alleged in Amazon's Complaint);

    h)   Mean Servers Limited (a company that hosted Defendants' website as alleged in Amazon's Complaint);

    i)   Cloudflare, Inc. (a company whose services were used by Defendants as alleged in Amazon's Complaint);

    j)   Webapps, LLC (a company that hosted Defendants' website as alleged in Amazon's Complaint);

    k)   OVH US LLC (a company that hosted Defendants' websites as alleged in Amazon's Complaint);

    l)   Choopa, LLC (a company that hosted Defendants' websites as alleged in Amazon's Complaint);

    m)   Clickbooth.com, LLC (a company that hosted Defendants' websites as alleged in Amazon's Complaint).

Amazon is also granted leave, prior to the Rule 26(f) conference, to serve additional Rule 45 subpoenas on the above listed companies and other companies or individuals (e.g., banks, credit card companies, internet service providers, etc.) that may be discovered from the

ORDER GRANTING AMAZON'S MOTION FOR
EXPEDITED DISCOVERY — 2
(2:19-cv-1445)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

information possessed by the companies identified in the previous paragraph, and which could reasonably lead to the discovery or confirmation of Defendants' identities.

DATED this 13th day of September, 2019.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Amazon.com, Inc.*

By  *s/ Bonnie E. MacNaughton*
    Bonnie E. MacNaughton, WSBA #36110
    James H. Wendell, WSBA #46489
    Sara A. Fairchild, WSBA #54419
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email: bonniemacnaughton@dwt.com
           jamiewendell@dwt.com
           sarafairchild@dwt.com

ORDER GRANTING AMAZON'S MOTION FOR
EXPEDITED DISCOVERY — 3
(2:19-cv-1445)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax