UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, | CASE NO. C19-1445 MJP |
| Plaintiff, | ORDER |
| v. | |
| JOHN DOES 1-50, | |
| Defendants. | |

This matter comes before the Court on Amazon.com, Inc.'s ("Amazon") Motion to Vacate Deadlines in Minute Order (Dkt. #8). Having reviewed the Complaint and the papers filed in connection with this matter, the Court finds good cause to grant Amazon's Motion. The Court hereby vacates the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 12/9/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/16/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 12/23/2019 |

1    Plaintiff is ORDERED to file a status report every 60 days updating the Court as to its

2 progress in identifying the John Doe Defendants. The Court will enter an updated scheduling

3 order after the John Doe Defendants have been identified in an amended complaint.

5    The clerk is ordered to provide copies of this order to all counsel.

6    Dated December 9, 2019.

_____
Marsha J. Pechman
United States District Judge