The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-50,<br><br>　　　　　　　　Defendants. | No. 2:19-cv-01445-MJP<br><br>**PLAINTIFF AMAZON.COM, INC.'S STATUS REPORT PURSUANT TO DECEMBER 9, 2019 ORDER (DKT. #10)** |

On December 9, 2019, the Court granted Amazon's Motion to Vacate Deadlines in Minute Order to allow Amazon time to identify the defendants in this case. Dkt. #10. The Court also ordered Amazon to provide a status report every sixty days. This is Amazon's first report.

Amazon filed this case alleging claims against the perpetrators behind an unlawful advertising scheme that used Amazon's brand to deceive victims into interacting with Defendants' online advertisements. Among other actions, Amazon alleged that Defendants sent victims unauthorized emails that used Amazon's trademarks and made misleading statements that deceived victims into believing they originated with Amazon. These emails eventually directed victims to websites that continued to use Amazon's brand to entice victims to participate in fake surveys. Defendants scheme had no affiliation with Amazon, and they had no right to use Amazon's brand.

Amazon pursued this case in order to protect the innocent victims of Defendants' scheme, as well as to prevent the unlawful use of its brand. Amazon takes the protection of its customers

AMAZON'S STATUS REPORT - 1
(2:19-CV-1445-MJP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

and the public seriously and invests considerable resources in preventing and stopping harmful conduct—including through lawsuits such as this one.

Through the discovery process in this lawsuit, Amazon has identified the affiliate marketers, affiliate networks, and online advertisers responsible for this scheme—nearly all of whom are located in the United States. The identification of these parties came as a direct result of the discovery conducted in this action. Since identifying the parties, Amazon has contacted each of them to demand that they stop the unlawful use of Amazon's brand. Amazon has reached a settlement with one of the defendants and continues to discuss settlement with others.

Amazon anticipates being in a positon to proceed with this litigation, as appropriate, in thirty days. Among other things, this additional time will allow Amazon to continue settlement discussions with a number of the defendants in an attempt to resolve Amazon's claims.

DATED this 6th day of February, 2020.

DAVIS WRIGHT TREMAINE LLP

By *s/ James H. Wendell*
Bonnie E. MacNaughton, WSBA #36110
James H. Wendell, WSBA #46489
Sara A. Fairchild, WSBA #54419
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: bonniemacnaughton@dwt.com
jamiewendell@dwt.com
sarafairchild@dwt.com

*Attorneys for Plaintiff Amazon.com, Inc.*

AMAZON'S STATUS REPORT - 2
(2:19-CV-1445-MJP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax